UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HASSIE PIP NEGUS MEGRAVE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SEATTLE SEAHAWKS PROFESSIONAL FOOTBALL FRANCHISE,<br><br>　　　　　　　　Defendant. | Case No. C19-1554-BJR-MLP<br><br>REPORT AND RECOMMENDATION |

Plaintiff Hassie Megrave has presented to this Court for filing a civil rights complaint under 42 U.S.C. § 1983. Plaintiff asserts in his complaint that he played professional football for the Seattle Seahawks in the early 1980s, but the football franchise fails to mention him on its website and letters directed to the franchise attempting to rectify this error have gone unanswered. (Dkt. # 1-1 at 5-7.) Plaintiff alleges that the Seattle Seahawks have harmed his mental state and have tarnished his character by refusing to acknowledge him as a player. (*See id.*) Plaintiff seeks relief in the form of acknowledgement by the Seattle Seahawks that he was a player for the franchise and $20 million in damages.

REPORT AND RECOMMENDATION
PAGE - 1

In order to sustain a civil rights action, a plaintiff must show (1) that he suffered a violation of rights protected by the Constitution or created by federal statute, and (2) that the violation was proximately caused by a person acting under color of state law. *See Crumpton v. Gates*, 947 F.2d 1418, 1420 (9th Cir. 1991). Acting "under color of state law" requires that a defendant have exercised power "possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law." *West v. Atkins*, 487 U.S. 42, 49 (1988) (quoting *United States v. Classic*, 313 U.S. 299, 326 (1941)).

Plaintiff does not allege in his complaint any violation of a federally protected right, nor do the facts set forth in the complaint implicate federal constitutional concerns. Moreover, it is apparent from the face of the complaint that Plaintiff has not identified a viable Defendant in this action. The only Defendant named in this action, the Seattle Seahawks Professional Football Franchise, is a private company. There are no facts alleged in the complaint, nor does it appear likely that Plaintiff could allege any facts, demonstrating that the Seattle Seahawks acted under color of state law in failing to acknowledge Plaintiff as a former player for the franchise. Plaintiff therefore has not adequately alleged a cause of action under § 1983.

Accordingly, this Court recommends that Plaintiff's complaint and this action be dismissed, with prejudice, under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. This Court further recommends that this dismissal be counted as a strike under 28 U.S.C. § 1915(g). A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **October 28, 2019**. Objections, and any

REPORT AND RECOMMENDATION
PAGE - 2

response, shall not exceed twelve pages. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar **fourteen (14)** days after they are served and filed. Responses to objections, if any, shall be filed no later than **fourteen (14)** days after service and filing of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on the date that objections were due.

DATED this 7th day of October, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 3