UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HASSIE PIP NEGUS MEGRAVE,<br><br>              Plaintiff,<br><br>    v.<br><br>SEATTLE SEAHAWKS PROFESSIONAL FOOTBALL FRANCHISE,<br><br>              Defendant. | Case No. C19-1554-BJR<br><br>ORDER DISMISSING CIVIL RIGHTS ACTION |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's complaint (dkt. # 1-1) and this action are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g).

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

DATED this 4th day of November, 2019

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2